JS-6

1  Stephen M. Doniger (SBN 179314)
   stephen@donigerlawfirm.com
2  Scott A. Burroughs (SBN 235718)
   scott@donigerlawfirm.com
3  **DONIGER / BURROUGHS APC**
4  300 Corporate Pointe, Suite 355
   Culver City, California 90230
5  Telephone: (310) 590-1820
6  Facsimile: (310) 417-3538

7  Attorneys for Plaintiff

8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11  STAR FABRICS, INC., a California     Case No.: CV13-7297-PA (RZx)
                                         *Hon. Percy Anderson Presiding*
12  Corporation,
                                         **[PROPOSED] ORDER ON
13                                       STIPULATION TO DISMISS
              Plaintiff,                 ACTION WITH PREJUDICE**
14       v.

15
16  INTERMARKET IMPORTS, INC., et al.,

17            Defendants.

18

- 1 -

1 **[PROPOSED] ORDER:**

2 Having reviewed the parties' stipulation to dismiss this action and finding good
3 cause thereon,

4 IT IS HEREBY ORDERED that this action be dismissed in its entirety with
5 prejudice and with each party to bear its own costs and attorneys' fees.

7 SO ORDERED.

10 Dated: August __1__, 2014     _____
11                                Honorable Percy Anderson
                                   U.S. District Court Judge

- 2 -